Higo Chitjian, Appellant, v. Betty Bucholz, and Albert Hulquist, Individually and Trading as Al's White House, Appellees.

Gen. No. 10,536.

Nikolas, Coleman & Geannopoulos, for appellant; Snyder, Clarke & Dalziel, for appellees; Gerald C. Snyder, of counsel. Opinion by Justice Wolfe. **Not to be published in full.** Opinion filed February 1, 1952; released for publication February 19, 1952.